ACCEPTED
03-15-00516-CV
7349600
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 12:35:31 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00516-CV

_____

In the Court of Appeals
For the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 12:35:31 PM
JEFFREY D. KYLE
Clerk

_____

**CANTU ENTERPRISES, LLC**
*Appellant,*
**v.**
**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**
*Appellees.*

_____

On Appeal From The 353rd District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-13-004369

_____

## DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THE COURT:

1.     COMES NOW, Defendants Glenn Hegar, Comptroller of Public Accounts and Ken Paxton, Attorney General for the State of Texas, and file this Notice of Substitution of Counsel and Designation of Attorney-In-Charge.

2.     Assistant Attorney General, Shannon M. Ryman, whose signature and bar number appear below, is replacing former Assistant Attorney General Anthony Bolson as counsel for the Defendants in this matter.

3.     Ms. Shannon M. Ryman is designated as lead attorney and is responsible for the suit, now appointed as the attorney to receive all communications for Defendants from the Court and all parties.

**Defendants' Notice of Substitution of Counsel & Designation of Attorney-In-Charge**                    **Page 1 of 3**

4. Notice of this designation has been provided to all parties of record, as required by Texas Rule of Civil Procedure 21a.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief, Tax Division

*/s/ Shannon M. Ryman*
SHANNON M. RYMAN
Attorney-in-Charge
State Bar No. 24089705
Telephone: (512) 475-4866
shannon.ryman@texasattorneygeneral.gov
Tax Division
P.O. Box 12548, MC 029
Austin, Texas 78711-2548
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2015, a true and correct copy of the foregoing ***Defendants' Notice of Substitution of Counsel and Designation of Attorney-In-Charg*e** was served on the following attorneys of record as shown below:

Doug Sigel                                        *Via Email*:   Doug.sigel@ryanlawllp.com
RYAN LAW FIRM LLP
100 Congress Avenue, Suite 950
Austin, Texas   78701


                              */s/ Shannon M. Ryman*
                              Shannon M. Ryman